# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 4, 2024

### NO. 03-23-00446-CV

**D & D Unlimited, Appellant**

**v.**

**Tracie S. Kitchens-Savage, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICEES KELLY AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on July 27, 2023. Having reviewed the record, the Court holds that D & D Unlimited has not prosecuted its appeal because it did not file a brief and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.